# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES of AMERICA :

: CR. 16 - 188 (PGS)

:

v. :

: ORDER

:

David Hankerson

:

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is on this 22nd, day of April 2016,

O R D E R E D that Federal Public Defender Andrea Bergman, AFPD for the District of New Jersey, is hereby appointed to represent said defendant in this cause until further order of the Court.

_____
PETER G. SHERIDAN, U.S.D.J.

cc: Petitioner
    Federal Public Defender