UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 16-188 (PGS) |
| vs. | SCHEDULING ORDER |
| DAVID HANKERSON | |

This matter having come before the Court for arraignment; and the United States being represented by Paul J. Fishman, United States Attorney for the District of New Jersey (by David M. Eskew, Assistant U.S. Attorney, appearing); and the Defendant being represented by Andrea Bergmann, Assistant Federal Public Defender; and the parties having met and conferred prior to arraignment and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 6th day of May, 2016, ORDERED that:

1. The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before **June 2, 2016**.

2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before **June 2, 2016**. Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before **June 16, 2016**.

4. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before **June 16, 2016**.

5. The following shall be the schedule for pretrial motions in this matter:

a) The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before **June 30, 2016**;

b) The Government shall file any response to the Defendant's pretrial motions on or before **July 21, 2016**;

c) The Defendant shall file any reply on or before **July 28, 2016**;

d) Oral argument on pretrial motions shall be held on Aug 18 at 10:30 a.m.

_____
Honorable Peter G. Sheridan
United States District Judge